UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, an Individual, and
ADVANCED POWER TECHNOLOGIES, LLC,
a Florida Limited Liability Company,

    Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS US, LLC, a Washington State Corporation, and BIFM JERSEY TOPCO LIMITED, a New Jersey Limited Company,

    Defendants.
_____/

## ORDER TO SEAL

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Remove Mistakenly Filed Document (DE [53]) from Court Docket Or, in the Alternative, to Permanently Restrict Access to (DE [53]), filed April 28, 2023 (DE [56]).  Plaintiffs maintain that (DE [53]) is an inadvertently filed, non-final document with privileged communications.  They asked this Court to remove the document from the docket or, in the alternative, to restrict its access.  Having considered the motion, the record, and the applicable law, this Court finds as follows:

[Continued on next page]

**ORDERED AND ADJUDGED** that the Plaintiffs' alternative Motion to Seal (DE [56]) is **GRANTED**. The Clerk of Court is directed to **SEAL** (DE [53]]) and it shall remain under seal until further order from this Court.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of May 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record