IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, an individual, *et al.*,

      Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US LLC, a Washington limited liability
company, *et al.*,

      Defendants.
_____/

**PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

The sole remaining plaintiff, Devin Grandis, moves for the entry of order that permits Paul Aiello and Michael Bennett of the law firm, Bennett Aiello, to substitute in place of David H. Haft, Esq. and Kenneth J. Joyce, Esq. of the law firm, Lewis Brisbois Bisgaard & Smith LLP, as counsel for Mr. Grandis. Attached hereto is a proposed order that grants this motion to substitute counsel.

Respectfully submitted,

| | |
|---|---|
| BENNETT AIELLO | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3471 Main Highway, Suite 206 | 110 Southeast Sixth Street, Suite 2600 |
| Coconut Grove, Florida 33133-5929 | Fort Lauderdale, Florida 33301 |
| Phone: (305) 358-9011 | Telephone: (954) 728-1280 |
| Facsimile: (305) 358-9012 | Facsimile: (954) 678-4090 |
| By: */s/ Paul Aiello* | By: */s/ Kenneth J. Joyce* |
|    Michael P. Bennett, FBN 775304 |    Kenneth J. Joyce, FBN 986488 |
|    mbennett@bennettaiello.com |    kenneth.joyce@lewisbrisbois.com |
|    Paul Aiello, FBN 909033 |    David H. Haft, FBN 68992 |
|    paiello@bennettaiello.com |    david.haft@lewisbrisbois.com |

## CERTIFICATE OF CONFERENCE

I hereby certify that, pursuant to S.D. Fla. L.R. 7.1, on August 9, 2023, I conferred with Michael Pascoe, Esq., one of the attorneys of record for the only remaining defendant in this case, BGIS Global Integrated Solutions US, LLC, regarding this motion to substitute counsel for the plaintiff. Mr. Pascoe informed me that he would not oppose the motion, provided I would agree on behalf of the plaintiff that the "current schedule" of the case would not be altered, a condition that I rejected on behalf of the plaintiff.

                                                                                                           */s/  Paul Aiello*
                                                                                                           Paul Aiello

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2023 a true and correct copy of the original of this document was submitted through CM/ECF for filing and service upon the attorneys of record in this action.

                                                                                                  */s/      Paul Aiello*
                                                                                                   Paul Aiello