UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, an Individual, and
ADVANCED POWER TECHNOLOGIES, LLC,
a Florida Limited Liability Company,

    Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US, LLC, a Washington State Corporation, and
BIFM JERSEY TOPCO LIMITED, a New
Jersey Limited Company,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Substitute Counsel ("Motion") (DE [70]).  Plaintiff moves to substitute Paul Aiello and Michael Bennett, of the law firm Bennett Aiello, in as counsel of record for the sole remaining Plaintiff, Devin Grandis.  Upon review of the Motion and record, and being otherwise fully advised in the premises, it is hereby

[Continued on next page]

**ORDERED AND ADJUDGED** that the Motion to Substitute Counsel (DE [70]) is **GRANTED**. Paul Aiello and Michael Bennett, of the law firm Bennett Aiello, shall represent Plaintiff in place of former counsel, David H. Haft, Esq. and Kenneth J. Joyce, Esq., of the law firm Lewis Brisbois Bisgaard & Smith LLP, who shall be relieved of their obligations as counsel for Plaintiff.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF