IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, an individual, and
ADVANCED POWER TECHNOLOGIES,
LLC, a Florida limited liability company

   Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US LLC, a Washington limited liability
company, and BIFM JERSEY TOPCO
LIMITED, a Jersey limited liability company,

   Defendants.
_____/

**PLAINTIFF, DEVIN GRANDIS' RESPONSES TO DEFENDANT BGIS GLOBAL INTEGRATED SOLUTIONS US LLC'S REQUEST FOR ADMISSIONS**

Plaintiff, DEVIN GRANDIS, by and through his undersigned counsel and pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby serves his Responses to Defendant's Request for Admissions and states:

**RFA NO. 1.**  Admit that, during Your employment with BGIS, BGIS directed You to complete online sensitivity or harassment training.

**ANSWER**: BGIS directed me to complete online courses in a letter by Mark Marquis dated March 7, 2023, which letter stated that "Ron Shory will assign . . . online learning courses that you will be required to complete surrounding the topics of workplace civility behaviors and gender bias." On March 23, 2022, Ibrahim Bhayat sent me a link to "percipio.com," with the five courses that I was to complete.  However, I do not remember any mention by anyone of online learning courses

Case Number: 22-CV-61477-AHS

about "sensitivity or harassment training," as is stated in this Request for Admission No. 1. Thus, I deny this request.

**RFA NO. 2.**   Admit that You did not complete the online sensitivity or harassment training BGIS directed You to complete.

**ANSWER**: While I do not remember the exact names of the five courses assigned to me at percipio.com, each course assigned to me, in fact, was completed, before I was suspended. Thus, this Request for Admission No. 2 is denied.

**RFA NO. 3.**   Admit that, during a trade show between March 14, 2022 and March 16, 2022, You said to BGIS employee Nikki Sakkoff [sic], that if she kept bending over like that with her ass out, she was bound to get attacked or raped.

**ANSWER**: Denied.

**RFA NO. 4.**   Admit that, during a trade show between March 14, 2022 and March 16, 2022, You asked BGIS employee Nikki Sakkoff [sic] if she would say anything if she went camping and woke up with a condom in her ass.

**ANSWER**: Denied.

**RFA NO. 5.**   Admit that, after making the statement to Nikki Sakkoff [sic] described in RFA NO. 4, You asked her if she wanted to go camping with You.

**ANSWER:**   Denied.

Case Number: 22-CV-61477-AHS

**RFA NO. 6.**   Admit that, during a discussion with Brian Fellows, BGIS's Chief Operating Officer, when asked to describe what services Rebekah Nicholas provided for BGIS, You replied "she swallows."

**ANSWER:**   Admitted.

**RFA NO. 7.**   Admit that, prior to Your termination, BGIS used the facsimile stamp as part of the day-to-day operations of the company.

**ANSWER**:   Admitted.

**RFA NO. 8.**   Admit that You have incurred no monetary damages caused by BGIS's use of the facsimile stamp after Your termination from BGIS.

**ANSWER**:   Denied.

    Respectfully submitted,

    *Counsel for the Plaintiff Devin Grandis*
    BENNETT & AIELLO
    3471 Main Highway, Suite 206
    Coconut Grove, Florida 33133-5929
    Phone: (305) 358-9011
    Facsimile: (305) 358-9012

    By: /s Paul Aiello
    Michael P. Bennett, FBN 775304
    mbennett@bennettaiello.com
    Paul Aiello, FBN 0909033
    paiello@bennettaiello.com

Case Number: 22-CV-61477-AHS

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2023 a true and correct copy of the original of this document was submitted through electronic mail for filing and service upon the attorneys of record who are listed below.

*Counsel for Plaintiff Devin Grandis*
BENNETT AIELLO
Michael P. Bennett, Esq.
mbennett@bennettaiello.com
Paul Aiello, Esq.
paiello@bennettaiello.com
Coconut Grove, Florida 33133-5929

Michael B. Pascoe, Esq.
mpascoe@hahnlaw.com
Robert Port, Esq.
rport@hahnlaw.com
Hahn, Loeser & Parks, LLP
Cleveland, Ohio

Allison Bentley Christensen, Esq.
achristensen@hahnlaw.com
Hahn, Loeser & Parks, LLP
Naples, Florida

Phoebe Sarah Wise, Esq.
pwiseaustinlaurato.com
Austin and Laurato, P.A.
Tampa, Florida