IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, an individual, et al.,

    Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US LLC, a Washington limited liability
company, *et al.*,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION PURSUANT
TO FED. R. CIV. P. 36 TO WITHDRAW TECHNICAL ADMISSIONS**

THIS CAUSE having come before the Court upon the Plaintiff's Motion Pursuant to Fed. R. Civ. P. 36 to Withdraw Technical Admissions (the "Motion"), DE 73, and the Court having reviewed the Motion and being otherwise advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Motion is hereby GRANTED. The Court's prior paperless order, DE 69, is modified so as to permit the withdrawal of the plaintiff's prior admission by default of RFAs ## 1-5 & 8 of the Defendant's Request for Admissions and leave is granted to permit the plaintiff to make the amended responses attached as Exhibit C or DE 73-3 to the Motion, which amended responses are now deemed filed of record.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this \_\_\_\_\_ day of August, 2023.

                                                          _____
                                                          ALICIA O. VALLE
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to Counsel via CM/ECF