IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, *et al.*,

    Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US LLC, a Washington limited liability
company, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeremy R. Kreines, of Bennett Aiello Kreines, hereby appears as counsel for Plaintiff, DEVIN GRANDIS, and requests that any and all communications, whether written or oral, as well as all pleadings, notices, orders and correspondence filed in this action be forwarded to the undersigned using the email addresses and contact information below.

Jeremy R. Kreines, Esq.    jkreines@bennettaiello.com
                             jalarcon@bennettaiello.com

                                        Respectfully submitted,

                                        *Counsel for Plaintiff*
                                        BENNETT AIELLO KREINES
                                        3471 Main Highway, Suite 206
                                        Coconut Grove, Florida 33133-5929
                                        Phone: (305) 358-9011
                                        Facsimile: (305) 358-9012

                                          By: /s Jeremy R. Kreines
                                        Jeremy R. Kreines
                                        Fla. Bar No. 101119
                                        jkreines@bennettaiello.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 29, 2023, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF and served on all CM/ECF registered users of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s Jeremy R. Kreines