IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, an individual, and
ADVANCED POWER TECHNOLOGIES,
LLC, a Florida limited liability company

       Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US LLC, a Washington limited liability
company, and BIFM JERSEY TOPCO
LIMITED, a Jersey limited liability company,

       Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH DE 69

The plaintiff, Devin Grandis, through his undersigned attorneys, hereby gives notice to the Court that he has complied in full with DE 69, the paperless order dated August 2, 2023 of The Honorable Alicia O. Valle, Magistrate Judge, requiring, among other things, the payment of $500 to defray the fees incurred by Defendant for DE 62, which sanction was paid directly by former counsel, Lewis Brisbois.

       Respectfully submitted,

       *Counsel for the Plaintiff, Devin Grandis*

       BENNETT AIELLO KREINES
       3471 Main Highway, Suite 206
       Coconut Grove, Florida 33133-5929
       Phone: (305) 358-9011
       By: /s Paul Aiello
       Paul Aiello, FBN 0909033
       paiello@bennettaiello.com

Case No.: 22-61477-Civ-Singhal/Valle

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of August, 2023 a true and correct copy of the original of this document was submitted through CM/ECF for filing and service upon the attorneys of record in this action.

                                                                         */s/     Paul Aiello*
                                                                         Paul Aiello