IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-61477-CIV-SINGHAL/VALLE

DEVIN GRANDIS, *etc.*, *et al.*,

        Plaintiffs,

v.

BGIS GLOBAL INTEGRATED SOLUTIONS
US LLC, *et al.*,

        Defendants.

_____/

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF REPLY
TO RESPONSE TO PLAINTIFF'S MOTION IN LIMINE, DE 169**

Plaintiff, Devin Grandis ("Grandis"), by and through his undersigned counsel, gives notice that Grandis withdraws the Reply (the "Reply"), DE 169, filed by Grandis on December 22, 2023. In accordance with the Court's Order Setting Trial and Pre-Trial Schedule, *etc.*, entered on July 28, 2023, DE 67, no reply with respect to a motion *in limine* is permitted unless ordered by the Court.

Respectfully submitted,

BENNETT AIELLO KREINES
3471 Main Highway, Suite 206
Coconut Grove, Florida 33133-5929
Phone: (305) 358-9011
Facsimile: (305) 358-9012

By:___*/s/ Paul Aiello*_____
       Michael P. Bennett, FBN 775304
       mbennett@bennettaiello.com
       Paul Aiello, FBN 909033
       paiello@bennettaiello.com
       Jeremy R. Kreines, FBN 101119
       jkreines@bennettaiello.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December, 2023 this document was submitted through CM/ECF for filing and service upon the attorneys of record in this action.

_/s/ Paul Aiello_