UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of Case Transfers to
**District Judge Jacqueline Becerra**
_____/

<u>Diaz v. Centurion of Fla.</u>   (Plaintiff v. Defendant) Case No: _____23-23705-CIV_____

<u>Grandis v. BGIS Global</u>   (Plaintiff v. Defendant) Case No: _____22-61477-CIV_____

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to ensure the fair and impartial assignment of cases from the Undersigned District Judge to the newly appointed **District Judge Jacqueline Becerra.**

Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03-2.05.04). It is hereby

**ORDERED** that the above styled action is REASSIGNED to the calendar of the **Honorable Jacqueline Becerra** as of April 29, 2024, for all further proceedings. It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jacqueline Becerra.** It is further

**ORDERED** that all papers hereafter filed shall bear the case number followed by the initials **JB** in lieu of the present initials.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of April 2024.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL