IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61477-JB

DEVIN GRANDIS,

        Plaintiff,

v.

BGIS GLOBAL INTEGRATED
SOLUTIONS US LLC,

        Defendant.
_____/

## VERDICT FORM

1. Did Mr. Grandis prove by a preponderance of the evidence that BGIS breached the employment agreement by failing to pay him Severance?

    YES __X__ NO _____

*If your answer to Question 1 is YES, proceed to Question 2. If your answer to Question 1 is NO then your verdict is for BGIS on Severance claim, and you should proceed to Question 3.*

2. What are Mr. Grandis's damages as a result of BGIS's breach of contract related to Severance?

    $ 820,001 (Answer in U.S. Dollars)

*Proceed to Question 3.*

3. Did Mr. Grandis prove by a preponderance of the evidence that BGIS breached the Stock Option provision?

    YES _____ NO __X__

*If your answer to Question 3 is YES, proceed to Question 4. If your answer to Question 3 is NO then your verdict is for BGIS on the Stock Option claim, and you should proceed to Question 5.*

4. What amount of damages, if any, is Mr. Grandis entitled to recover on his Stock Option claim?

_____ (Answer in Canadian Dollars)

*Proceed to Question 5.*

5. Did Mr. Grandis prove by a preponderance of the evidence that BGIS converted the Stamp?

   YES _X_  NO ____

   *If your answer to Question 5 is YES, proceed to Question 6. If your answer to Question 5 is NO then your verdict is for BGIS on Grandis's Conversion claim, and you should STOP. Sign and date the Verdict Form.*

6. What amount of damages do you award Mr. Grandis on his conversion claim? You may enter only a nominal damages amount (i.e., $1.00) in favor of Mr. Grandis on his Conversion claim.

   $ 1.00 ____ (Answer in US Dollars)

   *Proceed to Question 7.*

7. Do you find by clear and convincing evidence that BGIS's conduct was so reckless or wanting in care with respect to the Stamp that it constituted a conscious disregard or indifference to the life, safety, or rights of persons exposed to such conduct?

   YES _X_  NO ____

   *If your answer to Question 7 is YES, proceed to Question 8. If your answer to Question 7 is NO then you should STOP. Sign and date the Verdict Form.*

8. What is the total amount of punitive damages, if any, which you find should be assessed against BGIS?

   $ 304,000 ____ (Answer in U.S. Dollars)

Please sign and date the Verdict Form and notify the Court Security Officer that you have reached a verdict.

SO SAY WE ALL, this 28 day of January, 2025.

Signature of Foreperson ____
Name (please print)____